PEOPLE, Respondent, v. JOHN McFLYNN, Appellant.

No. 682; November 7, 1865.

**Witnesses—Husband and Wife.—**The Act of Legislature authorizing a woman to be a witness for or against her husband relates to civil, and not criminal, cases.

APPEAL from Placer County.

Attorney General for respondent; J. Hamilton for appellant.

SAWYER, J.—The indictment is sufficient: People v. Sanksley, and cases cited. We find no error in the charge of the court, or instructions given at request of counsel. The act of 1863 (Laws 1863, p. 771) authorizing the wife to be a witness for or against the husband is an amendment to section 395 of the Civil Practice Act, and relates only to civil cases.

We think, however, that the evidence is insufficient to show that the branding of the cattle was done with intent to steal, and for this reason the judgment must be reversed and a new trial had, and it is so ordered.

We concur: Currey, J.; Rhodes, J.; Sanderson, C. J.